UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSPA CLAIMS 1, LLC,

    Plaintiff,

v.                                      Case No: 8:18-cv-2277-T-30CPT

FIRST ACCEPTANCE INSURANCE
COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Dkt. 40).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of June, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record